**MEMO ENDORSED**

# BRIAN KAPLAN, P.C.
*Attorneys At Law*
11 Park Place - Suite 903
New York, New York 10007
212-269-2363
(Fax) 212-269-2364

VIA ELECTRONIC FILING

March 9, 2021

Honorable Kenneth Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: USA v Mayobanex Reyes
19 Cr 856 (KMK)

Dear Judge Karas:

As you are aware I represent Mayobanex Reyes, who is currently scheduled for sentencing on March 18, 2021. Mr. Reyes is requesting to be sentenced in person. We are therefore requesting an adjournment of the sentence for two to three months.
Additionally, there is a mandatory sentence of incarceration for the plea of guilty to the count of aggravated identity theft. Due to the COVID pandemic it would be difficult to impose such a sentence.
I have conferred with A.U.S.A. James Ligtenberg and he is not opposed to my adjournment request.
Thank you for your anticipated cooperation on this matter.

Sincerely,

Brian I. Kaplan, Esq.

Granted. The sentence will go forward on June 3, 2021 at 2:00pm

SO ORDERED

KENNETH M. KARAS U.S.D.J.
3/10/2021